```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:06CR3075 |
| v. | ) | |
| | ) | |
| KENNETH SLOMINSKI and | ) | |
| HAROLD TITUS SWAN, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

Defendants' unopposed joint motion for continuance, filing 17, is granted, and

1. The deadline for filing pretrial motions is extended to November 15, 2006. The government's response to motions is extended to December 15, 2006.

2. The status conference is continued to January 5, 2007 at 1:00 p.m. before the undersigned magistrate judge.

3. Defendants are not required to be present.

DATED this 13th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge