IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:06CR3075 |
| v. | ) | |
| | ) | |
| KENNETH SLOMINSKI, HAROLD TITUS SWAN, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Defendants' unopposed joint motion for continuance, filing 19, is granted, and

2. The deadline for filing pretrial motions is extended to November 29, 2006. The government's response to motions is extended to December 29, 2006.

DATED this 17th day of November, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge