IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:06CR3075 |
| v. | ) | |
| | ) | |
| HAROLD TITUS SWAN, | ) | |
| | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |
| | ) | |

A pretrial conference pursuant to Fed. R. Crim. P. 17.1 was held in this matter with counsel in chambers January 5, 2007. During the conference counsel discussed the progression of the case and measures to expedite its ultimate resolution.  Since this is a complex case, counsel considered all elements surrounding the matter, including resolution of the co-defendant's case and related cases.  Because of its complexity, it is clear this matter should be excluded from the time limitations in the Speedy Trial Act, 18 U.S.C. 3161, *et seq*.  In addition, defendant is willing to waive such constraints.  In accordance with the discussion during the conference,

IT IS ORDERED,

1.  Trial of this matter is scheduled to commence at 9:00 a.m., July 16, 2007 for a duration of ten trial days before the Hon. Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2.  This case is exempted from the time limitations of  the Speedy Trial Act, 18 U.S.C. 3161 *et seq*., specifically Section 3161(h)(8)(A) and (B) (i) and (ii).

3.  A status conference with counsel, by telephone conference call, shall be held May 10, 2007 at 9:00 a.m.  Counsel for plaintiff shall place the call.

4.   As to any testimony expected to be given in accordance with Fed. R. Evid. 702-705, disclosure of the information described in Fed. R. Civ. P. 26(a)(2) shall be made by both parties on or before May 31, 2007.

5.   Jencks Act material shall be disclosed on or before May 31, 2007.

6.   Motions *in limine* shall be filed on or before June 29, 2007.

7.   The parties shall exchange exhibit lists and witness lists on or before June 29, 2007.

DATED this 8th day of January, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

2