```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:06CR3075 |
| | ) | |
| V. | ) | |
| | ) | |
| HAROLD TITUS SWAN, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

The government's unopposed motion to extend deadlines, filing 69, is granted. The parties shall filed their motions in limine, preliminary witness lists and preliminary exhibit lists on or before July 6, 2007.

DATED this 22nd day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge